UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-cr-00190-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LENNON PARK,

    Defendant.
_____

**ORDER**
_____

THIS MATTER is before the Court on review of the file. At a status conference held on July 6, 2006, the Court established motion and response deadlines and requested that the parties contact the Court if a disposition had been reached or to alert the Court that a hearing on pending motions was necessary. Motions and responses have been filed by the parties, but the Court has not been contacted by the parties to set a motions hearing. Accordingly, it is

ORDERED that the parties shall file a Joint Status Report by **Monday, September 25, 2006**, informing the Court of the status of this case and whether a motions hearing is required at this time.

Dated: September 18, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge