# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### JUDGE WILEY Y. DANIEL

_____

Date:             November 27, 2006
Courtroom Deputy:  Robert R. Keech          Prob/Pret:    N/A
Court Reporter/ECR: Kara Spitler             Interpreter:  N/A

_____

Criminal Case No.  **05-cr-00190-WYD**          <u>Counsel:</u>

UNITED STATES OF AMERICA,                      Habib Nasrullah

       Plaintiff,

v.

**1. LENNON PARK**,                            Scott T. Varholak

       Defendant.

_____

## COURTROOM MINUTES
_____

**HEARING ON PENDING MOTIONS**

**9:22 a.m.**     Court in Session - Defendant present (in-custody)

        APPEARANCES OF COUNSEL.

        Court's opening remarks.

9:23 a.m.      Discussion regarding schedule for today's hearing and pending motions.

        Defendant's Motion to Suppress Physical Evidence (#22 - 2/3/06) and
        Defendant's Motion to Dismiss the Indictment (#25 - 2/15/06) are raised for
        argument.

9:27 a.m.        Government's witness **Eric Tyler Anderson** sworn.

                 Direct examination by Government (Mr. Nasrullah).
                 *EX ID:*        *1, 2, 3, 4, 5, 6, 7*

**Exhibit/s 1, 2, 3, 4, 5, 6, 7 RECEIVED.**

**10:51 a.m.**   Court in Recess

**11:15 a.m.**   Court in Session

                 Government's witness **Eric Tyler Anderson** resumes.

                 Direct examination by Government continues (Mr. Nasrullah).
                 *EX ID:*        *9, 10, 8*

**Exhibit/s 9, 10, 8 RECEIVED.**

11:31 a.m.       Cross examination by Defendant (Mr. Varholak).
                 *EX ID:*        *3, E*

12:21 p.m.       Re-Direct examination by Government (Mr. Nasrullah).
                 *EX ID:*        *3*

12:30 p.m.       Re-Cross examination by Defendant (Mr. Varholak).

12:31 p.m.       Court's examination of witness.

**12:33 p.m.**   Court in Recess

**2:01 p.m.**    Court in Session

                 Government's witness **Craig A. Byrkit** sworn.

                 Direct examination by Government (Mr. Nasrullah).
                 *EX ID:*        *13, 14, 12, 11*

**Exhibit/s 13, 14, 12, 11 RECEIVED.**

2:27 p.m.        Cross examination by Defendant (Mr. Varholak).
                 *EX ID:*        *G*

| | |
|---|---|
| 2:41 p.m. | Government rests |
| 2:43 p.m. | Defendant's witness **Jessica Leto** sworn. |
| | Direct examination by Defendant (Mr. Varholak). |
| 2:44 p.m. | Cross examination by Government (Mr. Nasrullah). |
| 2:47 p.m. | Re-Direct examination by Defendant (Mr. Varholak). |
| 2:49 p.m. | Government's witness **Eric Tyler Anderson** resumes. |
| | Direct examination by Government (Mr. Nasrullah). |
| 2:57 p.m. | Defendant's witness **Judith Sholl** sworn. |
| | Direct examination by Defendant (Mr. Varholak). |
| | *EX ID:*      ***S, R*** |

**Exhibit/s R-1 through R-3, R-6, S-1 through S-7 RECEIVED.**

| | |
|---|---|
| 3:17 p.m. | Cross examination by Government (Mr. Nasrullah). |
| | *EX ID:*      ***R, S*** |
| 3:22 p.m. | Defendant rests |
| 3:24 p.m. | Argument by Defendant (Mr. Varholak). |

**ORDERED:** Counsel shall file supplemental authorities on the remaining issues on or before **Monday, December 11, 2006.**

**ORDERED:** Oral argument on the remaining issues is set for **Wednesday, December 20, 2006, at 2:00 p.m.**

**ORDERED:** Defendant's Motion for Disclosure of 404(b) Evidence (#28 - 3/2/06) is **GRANTED.** That evidence shall be provided to Defendant as soon as possible.

**ORDERED:** Defendant's Motion to Preserve Tapes and Notes (#29 - 3/2/06) is **GRANTED.**

**ORDERED:** Defendant's Motion for Disclosure for Expert Witness (#30 - 3/2/06) is **DENIED AS MOOT.**

**ORDERED:**   Defendant's Motion to Sever Each Count of the Indictment (#39 - 7/27/06) is **DENIED AS MOOT as counsel indicated he would withdraw that motion.**

**ORDERED:**   Defendant is **REMANDED** to custody of U.S. Marshal.

**3:37 p.m.**   Court in Recess - HEARING CONCLUDED

**CLERK'S NOTE:  EXHIBITS WERE RETURNED TO COUNSEL AT THE CONCLUSION OF THE HEARING.**

**TOTAL TIME:  4:23**