UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 05-cr-00190

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LENNON PARK,

    Defendant.

_____

**ORDER**
_____

THIS MATTER came before the Court for a motions hearing on September 27, 2007. After carefully reviewing the pleadings and considering the arguments presented by both parties at the hearing, I order the following based upon the reasons stated on the record:

IT IS ORDERED that the Government shall provide the Defendant with supplemental reports to expert witness opinions and bases for those opinions no later than **October 12, 2007.** The failure of the Government to comply with the requirements set forth in Rule 16 will cause the Court to enter an order striking the Government's expert witnesses. It is

FURTHER ORDERED that the Defendant may file a further *Daubert* motion no later than **November 2, 2007.** The Government shall respond to the Defendant's

*Daubert* motion no later than **November 9, 2007.** It is

FURTHER ORDERED that a motions hearing is set for **Wednesday, December 12, 2007, at 10:00 a.m.** It is

FURTHER ORDERED that the Court will defer ruling on Defendant's Sealed Motion (docket #84) until trial. It is

FURTHER ORDERED that the parties shall comply with all other deadlines and directives mandated by me at the September 27, 2007 motions hearing and contained in my practice standards.

Dated: September 27, 2007

                                             BY THE COURT:

                                             s/ Wiley Y. Daniel
                                             Wiley Y. Daniel
                                             U. S. District Judge