UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-cr-00190-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LENNON PARK,

    Defendant.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Government's Unopposed Motion for Status Setting [Doc. # 134 - filed January 11, 2008] is **granted.** A status conference is set for **Tuesday, February 5, 2008 at 10:00 a.m.**

    Dated: January 11, 2008