UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 05-cr-00190

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LENNON PARK,

    Defendant.
_____

**ORDER**
_____

THIS MATTER came before the Court for a status conference on Wednesday, May 21, 2008. After hearing from both parties at the status conference, I order the following for the reasons stated on the record:

IT IS ORDERED that both parties shall meet and confer with Ms. Susan Fisch of the Federal Public Defender's Office to identify discovery that newly appointed defense counsel has yet to obtain. If necessary, the parties may filed a proposed form of Order regarding the omitted discovery. It is

FURTHER ORDERED that a status conference is set for **Wednesday, June 4, 2008 at 10:00 a.m.** It is

FURTHER ORDERED that defense counsel shall file a written status report with the Court not later than **Friday, May 30, 2008.**

Dated: May 27, 2008

        BY THE COURT:


        s/ Wiley Y. Daniel
        Wiley Y. Daniel
        U. S. District Judge